PROB 12C
(6/16)

Report Date: January 16, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2026

SEAN F. McAVOY, CLERK

ECF No. 55

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Antoine William Fitzgerald | Case Number: 0980 2:24CR00059-RLP-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99224 | |

Name of Sentencing Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: May 27, 2025

| | | |
|---|---|---|
| Original Offense: | 18 U.S.C § 2250 (a) Failure to Register as a Sex Offender | |
| Original Sentence: | Prison - 16 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Frieda K. Zimmerman | Date Supervision Commenced: December 22, 2025 |
| Defense Attorney: | Adrien Lindsay Fox | Date Supervision Expires: December 21, 2030 |

## PETITIONING THE COURT

To issue a warrant

On December 23, 2025, an officer with the U.S. Probation Office in Spokane, Washington, reviewed the copy of the conditions of supervision with Mr. Fitzgerald, as outlined in the judgment. Mr. Fitzgerald signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: It is alleged that Mr. Fitzgerald violated standard condition #5 by failing to reside at an approved residence since on or about December 27, 2025.

On December 22, 2025, Mr. Fitzgerald reported to the U.S. Probation Office for his intake. At that intake, Mr. Fitzgerald was instructed to reside a the Union Gospel Mission (UGM) since he was homeless.

Prob12C
**Re: Fitzgerald, Antoine William**
**January 16, 2026**
**Page 2**

        On December 29, 2205, the undersigned conducted a random home visit for the offender at the UGM. UGM staff advised that he was no longer residing there and he had left on December 27, 2025. Mr. Fitzgerald failed to notify the U.S. Probation Office and had no other approved residence.

2    **Special Condition #4:** You must abstain from the use of illegal controlled substances, and submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence:** It is alleged that Mr. Fitzgerald violated special condition #4 by ingesting a controlled substance, marijuana, on or about January 6, 2026.

    On January 6, 2026, Mr. Fitzgerald submitted a random urinalysis, which returned presumptive positive for marijuana. He admitted use and signed an admission form.

3    **Special Condition #1**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

    **Supporting Evidence**: It is alleged that Mr. Fitzgerald violated special condition #1 by failing to report to the RRC on or about January 15, 2026, as directed .

    Pursuant to his special condition, being a homeless registered sex officer, and testing positive for a controlled substance, a referral for a bed date for public law was initiated on January 7, 2026.

    On January 13, 2026, the undersigned notified Mr. Fitzgerald he was accepted and needed to report to the RRC on January 15, 2025, by 12 p.m.. He stated he understood.

    On January 16, 2026, the undersigned officer was notified by RRC staff that Mr. Fitzgerald failed to report for his bed date as required.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 16, 2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C
**Re: Fitzgerald, Antoine William**
**January 16, 2026**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [✓] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [✓] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

January 16, 2026
Date