PROB 12C
(6/16)

Report Date: March 2, 2026

## United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 02, 2026**

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

ECF No. 75

Name of Offender: Antoine William Fitzgerald          Case Number: 0980 2:24CR00059-RLP-1

Address of Offender: █████████

Name of Sentencing Judicial Officer:  The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: May 27, 2025

Original Offense:          Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:        Prison - 16 months;          Type of Supervision: Supervised Release
                          TSR - 60 months

Asst. U.S. Attorney:      Frieda Zimmerman          Date Supervision Commenced: December 22, 2025

Defense Attorney:        Katie Elizabeth Kitchen          Date Supervision Expires: December 21, 2030

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition with the violations previously reported to the Court in the petition filed on January 16, 2026, and **issue a warrant**

On December 23, 2025, an officer with the U.S. Probation Office in Spokane, Washington, reviewed the copy of the conditions of supervision with Mr. Fitzgerald, as outlined in the judgment. Mr. Fitzgerald signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  It is alleged that Mr. Fitzgerald violated special condition number 4 by ingesting a controlled substance, marijuana, methamphetamine, and amphetamine, on or about January 26, 2026.

On January 26, 2026, Mr. Fitzgerald submitted a random urinalysis, which returned presumptive positive for marijuana, methamphetamine, amphetamine, alcohol and fentanyl. He admitted use of marijuana but denied methamphetamine, amphetamine, and fentanyl.

On February 12, 2026, the urine sample that was submitted on January 26, 2026, returned from the lab positive for marijuana, methamphetamine, and amphetamine.

Prob12C
**Re: Fitzgerald, Antoine William**
**March 2, 2026**
**Page 2**

**Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Fitzgerald violated special condition number 5 by consuming alcohol on or about January 26, 2026.

Mr. Fitzgerald submitted to a random urinalysis on January 26, 2026, and it returned presumptive positive for alcohol; he admitted drinking alcohol.

**Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  It is alleged that Mr. Fitzgerald violated special condition number 4 by ingesting a controlled substance, marijuana, on or about February 10, 17 and 20, 2026.

On February 10, 2026, Mr. Fitzgerald submitted a random urinalysis, which returned presumptive positive for marijuana. He admitted last using marijuana on January 31, 2026.

On February 17, 2026, Mr. Fitzgerald submitted a random urinalysis, which returned presumptive positive for marijuana. He denied any use since January 31, 2026. On February 21, 2026, the urine sample that was submitted on February 17, 2026, returned from the lab positive for marijuana.

On February 20, 2026, Mr. Fitzgerald submitted a random urinalysis which returned presumptive positive for marijuana. He denied any use since January 31, 2026. On February 25, 2026, the urine sample that was submitted on February 20, 2026, returned from the lab positive for marijuana.

**Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Mr. Fitzgerald violated standard condition number 5 by  failing to reside at an approved residence since on or about February 20, 2026.

On February 20, 2026, the probation office received a phone call from the housing manager of the Lincoln House, where Mr. Fitzgerald was approved to reside, stating that he was kicked out of the clean and sober housing due to making physical threats to two separate roommates.  The housing manager of the Lincoln House advised that Mr. Fitzgerald was making physical threats to his roommate and telling them they can not leave their rooms, ultimately making that roommate in fear of things escalating and requesting to move.  That roommate was relocated to another apartment and another roommate was placed in the same apartment as Mr. Fitzgerald.  Again, within days, the new roommate was complaining of the

Prob12C
**Re: Fitzgerald, Antoine William**
**March 2, 2026**
**Page 3**

same physical threats and being told that he better not leave his room or else. Ultimately, Mr. Fitzgerald was terminated from the clean and sober house, Lincoln House, and can not returned.

On February 20, 2026, Mr. Fitzgerald reported to the U.S. Probation Office. He submitted to a random urinalysis, which returned presumptive positive for marijuana and alcohol. He admitted alcohol use. He was instructed to report and reside at the Union Mission Gospel men's shelter (UGM). It was later confirmed that date, he did report to the UGM as instructed.

On February 27, 2026, the undersigned was notified that Mr. Fitzgerald had not been residing at the UGM since February 25, 2026, and never notified the probation office. As of the date of this report, it is unknown where Mr. Fitzgerald is residing.

8   **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Fitzgerald violated special condition number 5 by consuming alcohol on or about February 20, 2026.

Mr. Fitzgerald submitted to a random urinalysis on February 20, 2026, and it returned presumptive positive for alcohol; he admitted drinking alcohol.

9   **Special Condition # 3:** you must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** It is alleged that Mr. Fitzgerald has violated special condition number 3 by failing to obtain a substance abuse assessment as directed.

As of the date of this report, Mr. Fitzgerald has failed to obtain a substance abuse assessment as directed by the undersigned and per his special conditions.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/02/2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C

**Re: Fitzgerald, Antoine William**
**March 2, 2026**
**Page 4**

## THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the
      case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

3/2/2026
_____
Date