PROB 12C
(6/16)

Report Date:  March 9, 2026

## United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 09, 2026**

SEAN F. McAVOY, CLERK

### Eastern District of Washington

ECF No. 90

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antoine William Fitzgerald          Case Number: 0980 2:24CR00059-RLP-1

Address of Offender: homeless

Name of Sentencing Judicial Officer:  The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: May 27, 2025

| | |
|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 16 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Nowles Hayden Heinrich | Date Supervision Commenced: December 22, 2025 |
| Defense Attorney: | Katie Elizabeth Kitchen | Date Supervision Expires: December 21, 2030 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition with the violations previously reported to the Court in the petition filed on January 16, and March 2, 2026.

On December 23, 2025, an officer with the U.S. Probation Office in Spokane, Washington, reviewed the copy of the conditions of supervision with Mr. Fitzgerald, as outlined in the judgment. Mr. Fitzgerald signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  It is alleged that Mr. Fitzgerald violated special condition number 4 by ingesting a controlled substance, methamphetamine, on or about February 27, 2026.

On March 2, 2026, Mr. Fitzgerald submitted to a random urinalysis that returned presumptive positive for methamphetamine.  He admitted his last use of methamphetamine was on February 27, 2026.

**Prob12C**
**Re: Fitzgerald, Antoine William**
**March 9, 2026**
**Page 2**

**Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  It is alleged that Mr. Fitzgerald violated special condition number 4 by ingesting a controlled substance, fentanyl, on or about March 2, 2026.

On March 2, 2026, Mr. Fitzgerald submitted to a random urinalysis that returned presumptive positive for fentanyl.  He denied use and it was sent to the lab for confirmation.

On March 9, 2026, the urine sample submitted on March 2, 2026 returned from the lab positive for fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/09/2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS
[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[ x]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[ x]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

March 9, 2026

Date